District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAHUL ATMANAND PRASAD, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:25-cv-00654-JLR<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>November 19, 2025 |

For good cause, Plaintiffs and Defendant, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through January 30, 2026. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Forms I-526E, Immigrant Petition by Regional Center Investor, and Forms I-485, Application to Register Permanent Residence or Adjust Status. The parties believe that this case may be resolved without further judicial involvement if this case is stayed through January 30, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00654-JLR] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

1  control the disposition of the causes on its docket with economy of time and effort for itself, for
2  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3  P. 1.
4      USCIS has adjudicated most of the petitions and applications at issue here. Plaintiff
5  Kvitko's Form I-526E is being actively processed by USCIS. However, due to the voluminous
6  submission recently made in response to a Notice of Intent to Deny, USCIS requires additional
7  time to adjudicate the Form I-526E. Plaintiffs will voluntarily dismiss this litigation once the
8  adjudication is completed. Because further litigation may not be necessary, the parties agree that
9  holding this case in abeyance through January 30, 2026, is appropriate. Therefore, the parties
10 believe good cause exists for a stay in these proceedings to save the parties and this Court from
11 spending unnecessary time and judicial resources on this matter.
12     Accordingly, the parties request that the Court hold the case in abeyance until January 30,
13 2026. The parties will submit a joint status report on or before January 30, 2026.
14 //
15
16 //
17
18 //
19
20 //
21
22 //
23
24 //

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00654-JLR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 19th day of November, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney | BLESS LITIGATION LLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Ave., Ste. 700<br>Tacoma, WA 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Jesse M. Bless*<br>JESSE M. BLESS, PHV<br>Bless Litigation LLC<br>6 Vineyard Lane<br>Georgetown, Massachusetts 01833<br>Phone: 718-704-3897<br>Email: jesse@blesslitigation.com<br><br>GEORGE IMMIGRATION PLLC<br><br>*s/ Anahita M. George*<br>ANAHITA M. GEORGE, WSBA# 57799<br>George Immigration PLLC<br>5719 Stetson Ct. NW<br>Olympia, Washington 98502<br>Phone: 425-328-9339<br>Email: ageorge@justimmigrationusa.com<br>*Attorneys for Plaintiffs* |
| *Attorneys for Defendant*<br><br>*I certify that this memorandum contains 318 words, in compliance with the Local Civil Rules.* | |

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00654-JLR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is held in abeyance until January 30, 2026. The parties shall submit a status update on or before January 30, 2026. It is so **ORDERED**.

DATED this 20th day of November, 2025.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00654-JLR] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800